UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARTIN WOLFE,

    Plaintiff ,

                                              Civil No. 08-10628
                                              Hon. John Feikens
    v.                                   Magistrate Virginia Morgan

GC SERVICES LIMITED
PARTNERSHIP–DELAWARE,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

    I have before me, Magistrate Virginia M. Morgan's Report and Recommendation ("Report"). In her Report, Magistrate Morgan recommends that I grant Defendant's Motion to Dismiss based on spoliation and fabrication of evidence. Neither party has filed objections to Magistrate Morgan's report during the time set aside for doing so. I find that Magistrate Morgan has throughly and correctly analyzed the issues and I agree with her recommendation. For these reasons, I ADOPT Magistrate Morgan's Report and GRANT Defendant's Motion to Dismiss based on spoliation and fabrication of the evidence.

**IT IS SO ORDERED.**

Date:  January 30, 2009                    s/ John Feikens
                                                                   John Feikens
                                                                    United States District Judge

Proof of Service

I hereby certify that the foregoing order was served on the attorneys/parties of record on January 30, 2009, by U.S. first class mail or electronic means.

s/Carol Cohron
Case Manager